JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERONICA HERNANDEZ,<br><br>        Plaintiff,<br>    vs.<br><br>ROKSTAD POWER INC.; and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No.  5:23-cv-02100 KKK (SPx)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Trial Date:    April 14, 2025 |

TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the Stipulation Re Dismissal with Prejudice of Plaintiff's Entire Action, and for good cause shown,

IT IS HEREBY ORDERED:

1. Plaintiff BERONICA HERNANDEZ's entire action against Defendant ROKSTAD POWER INC. is hereby dismissed with prejudice.

2. The Parties shall bear their own costs and attorneys' fees upon dismissal.

DATED: August 23, 2024

_____
Hon. Kenly Kiya Kato
United States District Judge